IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY BARDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1734 |
| | § | |
| SCCI HOSPITALS OF AMERICA, | § | |
| d/b/a Kindred Hospital Victoria, | § | |
| | § | |
| Defendant. | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1.  N/A  **MOTIONS TO ADD NEW PARTIES**
    The attorney causing the addition of new parties will provide copies of this Order to new parties.

2.  N/A  **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
    Parties filing motions after this deadline must show good cause.

    **EXPERTS**

3a. N/A  Plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3b. N/A  The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure

4.  March 2, 2013  **MEDIATION**
    Deadline for mediation to occur.

5.   February 8, 2013    **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

6.   March 15, 2013    **PRETRIAL MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

7.   May 24, 2013    **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

8.   May 31 2013    **DOCKET CALL**
Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within seven (7) days of the Docket Call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial.

Additional orders relating to disclosures, discovery or pretrial motions: The parties agree to submit any issues on attorney's fees to the court after liability and damages are resolved.

SIGNED on September 10, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge